# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OWEN HARTY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **KFC U.S. PROPERTIES, INC.** | : | **NO. 17-5299** |

## ORDER

**NOW**, this 27th day of February 2018, the issues between the parties in this action having been settled, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE** pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure.

      /s/TIMOTHY J. SAVAGE